UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN COLLEGIATE FINANCIAL
SERVICES, INC., a Florida corporation,

        Plaintiff,

vs.                                            Case No. 8:06-CV-2225-T-27MSS

COLOGY, INC., a foreign corporation,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by Magistrate Judge Mary S. Scriven recommending that Defendant's Motion to Dismiss (Dkt. 3) be DENIED. (Dkt. 20). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1)      The Report and Recommendation (Dkt. 20) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)      Defendant's Motion to Dismiss (Dkt. 3) is DENIED.

**DONE AND ORDERED** in Tampa, Florida, on this 21st day of August, 2007.

                                                                         JAMES D. WHITTEMORE
                                                                         **United States District Judge**

Copies to: Counsel of Record